**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| John F. Perkins | | |
| Regina Perkins | | |
| DEBTOR | : | BKY. NO. 19-13076AMC13 |

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

                                                          Respectfully Submitted,

Date: July 1, 2019                              _____s/_____
                                                          MICHAEL A. CATALDO, ESQUIRE
                                                          CIBIK & CATALDO, P.C.
                                                          1500 WALNUT STREET, STE. 900
                                                          PHILADELPHIA, PA  19102
                                                          (215) 735-1060