# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13076-AMC

JOHN F PERKINS
REGINA PERKINS
6502 NORTH FAIRHILL STREET

PHILADELPHIA, PA 19126-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHN F PERKINS
    REGINA PERKINS
    6502 NORTH FAIRHILL STREET

    PHILADELPHIA, PA 19126-

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                             /S/ William C. Miller

Date: 8/9/2019                                  _____

                                             William C. Miller, Esquire
                                             Chapter 13 Standing Trustee