**Fill in this information to identify your case and this filing:**

Debtor 1: **John** **F.** **Perkins**
First Name / Middle Name / Last Name

Debtor 2: **Regina** **Perkins**
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number (if known): **19-13076AMC13**

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                                                                   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.
**6502 North Fairhill Street**
Street address, if available, or other description

**Philadelphia**     **PA**    **19126**
City                State   ZIP Code

County

**Residence     Eppraisal FMV**

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**     **Current value of the portion you own?**
        $227,000.00                                  $227,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenants By The Entireties**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................... →     **$227,000.00**

Debtor 1 **John F. Perkins**
Debtor 2 **Regina Perkins**                                              Case number (if known) **19-13076AMC13**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

**3.1.**
Make: **Chevrolet**
Model: **Equinox**
Year: **2014**
Approximate mileage: **30,000**
Other information:
**2014 Chevrolet Equinox (approx. 30,000 miles)**
**Paid in Plan - NADA value**

**Who has an interest in the property?**
Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$11,425.00**
Current value of the portion you own?  **$11,425.00**

**3.2.**
Make: **Chevrolet**
Model: **Impalla**
Year: **2009**
Approximate mileage: **120,000**
Other information:
**2009 Chevrolet Impalla (approx. 120,000 miles) - NADA Value**

**Who has an interest in the property?**
Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  **$1,425.00**
Current value of the portion you own?  **$1,425.00**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

**5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................** → **$12,850.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe..... **6. Household goods & furnishings**          **$4,500.00**

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☒ No
☐ Yes. Describe.....

| | | |
|---|---|---|
| Debtor 1 | **John F. Perkins** | |
| Debtor 2 | **Regina Perkins** | Case number (if known) **19-13076AMC13** |

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☒ No
   ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☒ No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ☒ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ☒ Yes. Describe.....   **See continuation page(s).**                                      **$2,300.00**

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No
   ☒ Yes. Describe.....   **12. Jewelry**                                      **$500.00**

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

   ☒ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

   ☒ No
   ☐ Yes. Give specific information.............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................................** → **$7,300.00**

## Part 4:   Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☒ No
   ☐ Yes................................................................................................................ Cash: ..................

| Debtor 1 | **John F. Perkins** | | |
|---|---|---|---|
| Debtor 2 | **Regina Perkins** | Case number (if known) | **19-13076AMC13** |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................   Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Checking account--Trumark FCU** | **$234.00** |
| 17.2. | Checking account: | **Checking account---Trumark FCU** | **$443.00** |
| 17.3. | Savings account: | **Savings account--Trumark FCU** | **$5.00** |
| 17.4. | Savings account: | **Savings account---Trumark FCU** | **$20.00** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them..........................   Name of entity:      % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........................   Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.   Type of account:   Institution name:

| | | |
|---|---|---|
| 401(k) or similar plan: | **401(k) Plan---Not Property of the Estate** | **Unknown** |
| Pension plan: | **Pension plan--City of Phila Pension Plan---Retainer & Costs** | **Unknown** |
| Pension plan: | **Pension plan--Local 159 Union Pension Plan---Not Property of the Estate** | **Unknown** |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................   Institution name or individual:

| | | |
|---|---|---|
| Debtor 1 | **John F. Perkins** | |
| Debtor 2 | **Regina Perkins** | Case number (if known) __19-13076AMC13__ |

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
- ☒ No
- ☐ Yes............................ Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ☒ No
- ☐ Yes............................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ☒ No
- ☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ☒ No
- ☐ Yes. Give specific information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ☒ No
- ☐ Yes. Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
- ☐ No
- ☒ Yes. Give specific information about them, including whether you already filed the returns and the tax years.................

Federal: Potential IRS Tax Refund--Tax refund to be exemptible to maximum allowed under Sec. 522(d)(5)-- Estimated Refund $483.  Amt: $483.00

| | |
|---|---:|
| Federal: | $483.00 |
| State: | $0.00 |
| Local: | $0.00 |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☒ No
- ☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☒ No
- ☐ Yes. Give specific information

Debtor 1 **John F. Perkins**
Debtor 2 **Regina Perkins**    Case number (if known) **19-13076AMC13**

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value................  Company name:    Beneficiary:    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died
    ☑ No
    ☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☑ No
    ☐ Yes. Describe each claim........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes. Describe each claim........

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Give specific information

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...........................** → **$1,185.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☑ No
    ☐ Yes. Describe..

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☑ No
    ☐ Yes. Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☑ No
    ☐ Yes. Describe..

Official Form 106A/B                **Schedule A/B: Property**                page 6

| Debtor 1 | **John F. Perkins** | | |
|---|---|---|---|
| Debtor 2 | **Regina Perkins** | Case number (if known) | **19-13076AMC13** |

**41. Inventory**

☑ No
☐ Yes. Describe..

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                    % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  ☐ No
  ☐ Yes. Describe....

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................. → **$0.00**

---

**Part 6:  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

Debtor 1 **John F. Perkins**
Debtor 2 **Regina Perkins**                                                    Case number (if known) **19-13076AMC13**

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................** → **$0.00**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54. Add the dollar value of all of your entries from Part 7. Write that number here............................** → **$0.00**

### Part 8: List the Totals of Each Part of this Form

**55. Part 1: Total real estate, line 2..........................................................................................** → **$227,000.00**

**56. Part 2: Total vehicles, line 5**            $12,850.00

**57. Part 3: Total personal and household items, line 15**   $7,300.00

**58. Part 4: Total financial assets, line 36**    $1,185.00

**59. Part 5: Total business-related property, line 45**    $0.00

**60. Part 6: Total farm- and fishing-related property, line 52**   $0.00

**61. Part 7: Total other property not listed, line 54**   + $0.00

**62. Total personal property.** Add lines 56 through 61.................. $21,335.00   Copy personal property total → + $21,335.00

**63. Total of all property on Schedule A/B.** Add line 55 + line 62..............................................................   **$248,335.00**

Debtor 1 **John F. Perkins**
Debtor 2 **Regina Perkins**                                                Case number (if known) **19-13076AMC13**

**11. Clothes (details):**

    **11. Clothes**                                                                                     $800.00

    **11. Clothes**                                                                                   $1,500.00