**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                         :Chapter 13
**John F. Perkins**
**Regina Perkins**

   (DEBTOR)                                   :Bankruptcy#19-13076AMC13

<u>PRAECIPE</u>

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

   Kindly withdraw the Answer to the Motion for Relief filed October 14, 2019. Document number 36.


DATED: November 6, 2019              _____/s/_____
                                     Michael A. Cataldo, Esquire
                                     Cibik and Cataldo, P.C.
                                     1500 Walnut Street, Suite 900
                                     Philadelphia, PA 19102
                                     (215) 735-1060