**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| John & Regina Perkins | : | |
| | : | |
| Debtor | : | Bankruptcy No.  19-13076AMC13 |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Michael A. Cataldo, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on November 12, 2019 , IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on  December 10 , 2019, at  11:00 a.m.  in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before  December 3, 2019 .

**Date: November 13, 2019**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:   Cibik & Cataldo, PC
      1500 Walnut St. Suite 900
      Philadelphia, PA 19102

      John & Regina Perkins
      6502 North Fairhill Street
      Philadelphia, PA 19126

      William C. Miller, Esquire
      Chapter 13 Standing Trustee
      P.O. Box 1229
      Philadelphia, PA 19105