United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-13076-amc
John F. Perkins                                                     Chapter 13
Regina Perkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Nov 13, 2019
                             Form ID: pdf900          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
```
db/jdb     +John F. Perkins,    Regina Perkins,    6502 North Fairhill Street,    Philadelphia, PA 19126-3849
14326468   +ACS Education Services,    PO Box 7052,   Utica, NY 13504-7052
14326470    Bureau of Motor Vehicles,    Accountinting Services,    Return Check Services,
             Harrisburg, PA 17106
14326471   +Cenlar Mortgage Central loan Administrat,    Attn: Bankruptcy,    425 Phillips Blvd,
             Ewing, NJ 08618-1430
14326478    Commonwealth of PA,    Dept. Of Transportation,    Bureau of Motor Vehicles,
             Harrisburg, PA 17106
14326477    Commonwealth of PA,    Bureau Of Driver Licenses,    D.O.T., PO Box 8693,    Harrisburg, PA 17105
14326482   #+Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14326484   +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14326485   +First Premier Bank,    Attn: Bankruptcy,    PO Box 5524,    Sioux Falls, SD 57117-5524
14326486    Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
14360117   +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
             Ewing, NJ 08618-1430
14333550   +HomeBridge Financial Services, Inc.,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
             701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14326488   +I C System Inc,    Attn: Bankruptcy,    PO Box 64378,    St Paul, MN 55164-0378
14326490    PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
             Harrisburg, PA 17120-0946
14326492   +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14351264   +Pennsylvania Department of Transportation,    P.O. Box 8212,    Harrisburg, PA 17105-8212
14348851   +Philadelphia Gas Works,    800 W Montgomery Ave.,    ATTN:Bankruptcy Dept. 3FL,
             Philadelphia, PA 19122-2898
14326497   +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
             Chicago, IL 60661-3631
14326498   +Trumark Financial Credit Union,    Attn: Bankruptcy,    335 Commerce Dr,
             Fort Washington, PA 19034-2712
14340207   +US Department of Education c/o Nelnet,    PO BOX 2837,    Portland OR 97208-2837
14350823   +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
14326499   +Wells Fargo Dealer Services,    Attn: Bankruptcy,    PO Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Nov 14 2019 03:40:55    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2019 03:40:27
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 14 2019 03:40:38    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14326469   +E-mail/Text: EBNProcessing@afni.com Nov 14 2019 03:40:34    Afni,    1310 Martin Luther King Dr,
             Bloomington, IL 61701-1465
14326474    E-mail/Text: megan.harper@phila.gov Nov 14 2019 03:40:55    City Of Philadelphia,
             Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14326475    E-mail/Text: megan.harper@phila.gov Nov 14 2019 03:40:55    City of Philadelphia,
             Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14326472   +E-mail/Text: ecf@ccpclaw.com Nov 14 2019 03:40:03    Cibik & Cataldo, P.C.,
             1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14326476   +E-mail/Text: bankruptcy@philapark.org Nov 14 2019 03:41:01    City of Philadelphia,
             Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14326479   +E-mail/PDF: creditonebknotifications@resurgent.com Nov 14 2019 03:48:18    Credit One Bank,
             ATTN: Bankruptcy,    PO Box 98873,    Las Vegas, NV 89193-8873
14326480   +E-mail/PDF: creditonebknotifications@resurgent.com Nov 14 2019 03:48:34    Credit One Bank,
             ATTN: Bankruptcy Department,    PO Box 98873,    Las Vegas, NV 89193-8873
14326481   +E-mail/Text: electronicbkydocs@nelnet.net Nov 14 2019 03:40:32
             Department of Education/Nelnet,    Attn: Claims,    PO Box 82505,    Lincoln, NE 68501-2505
14326483   +E-mail/Text: bknotice@ercbpo.com Nov 14 2019 03:40:33    ERC/Enhanced Recovery Corp,
             Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14326487   +E-mail/Text: GenesisFS@ebn.phinsolutions.com Nov 14 2019 03:41:06    Genesis Bc/celtic Bank,
             Attn: Bankruptcy,    268 South State Street Ste 300,    Salt Lake City, UT 84111-5314
14326489    E-mail/Text: cio.bncmail@irs.gov Nov 14 2019 03:40:07    I.R.S.,    P.O. Box 7346,
             Philadelphia, PA 19101-7346
14325451    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2019 03:48:18    LVNV Funding, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14327627   +E-mail/Text: ecfbankruptcy@progleasing.com Nov 14 2019 03:40:33    NPRTO North-East, LLC,
             256 West Data Drive,    Draper, UT 84020-2315
14360055    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 03:48:16
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14326491   +E-mail/Text: bankruptcygroup@peco-energy.com Nov 14 2019 03:40:09    Peco Energy,
             2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14326493   +E-mail/Text: nod.referrals@fedphe.com Nov 14 2019 03:40:04    Phelan, Halinan & Smieg,
             Suite 1400,    1617 JFK Boulevard,    Philadelphia, PA 19103-1814
```

```
District/off: 0313-2            User: Antoinett          Page 2 of 2            Date Rcvd: Nov 13, 2019
                               Form ID: pdf900          Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14326494       +E-mail/Text: bankruptcy@philapark.org Nov 14 2019 03:41:01      Philadelphia Parking Authority,
                Bankruptcy Department,   701 Market Street,   Philadelphia, PA 19106-2895
14355211        E-mail/Text: bnc-quantum@quantum3group.com Nov 14 2019 03:40:11
                Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788
14326495       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 14 2019 03:48:17      Regional Acceptance Co,
                Attn: Bankruptcy,   1424 E Firetower Rd,   Greenville, NC 27858-4105
14331387        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 14 2019 03:48:17      Regional Acceptance Corporation,
                PO Box 1847,   Wilson, NC 27894-1847
14326496       +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2019 03:48:15      Synchrony Bank/Care Credit,
                Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL 32896-5060
14340094       +E-mail/Text: electronicbkydocs@nelnet.net Nov 14 2019 03:40:32
                US Department of Education c/o Nelnet,   121 S 13th St, Suite 201,   Lincoln, NE 68508-1911
14385412       +E-mail/Text: megan.harper@phila.gov Nov 14 2019 03:40:56      Water Revenue Bureau,
                c/o Pamela Elchert Thurmond,   Tax & Revenue Unit,   Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1613
                                                                             TOTAL: 26


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14326473*      +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:

```
          KEVIN G. MCDONALD    on behalf of Creditor    HomeBridge Financial Services, Inc.
           bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Joint Debtor Regina  Perkins ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2    on behalf of Debtor John F. Perkins ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor John F. Perkins ecf@ccpclaw.com,  igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Joint Debtor Regina  Perkins ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                              TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :           Chapter 13
    John & Regina Perkins                                    :
                                  :
              Debtor                                    :           Bankruptcy No.   19-13076AMC13

**ORDER**

       Upon consideration of the Application for Compensation and Reimbursement of Expenses for Michael A. Cataldo, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on November 12, 2019 , IT IS ORDERED THAT:

      1.     The case is dismissed.

      2.     Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

      3.     A hearing shall be held on  December 10                , 2019, at  11:00 a.m.   in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

      4.     Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

      5.     Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before  December 3, 2019           .

**Date: November 13, 2019**

                               _____
                                Honorable Ashely M. Chan
                                United States Bankruptcy Judge

cc:     Cibik & Cataldo, PC
          1500 Walnut St. Suite 900
          Philadelphia, PA 19102

          John & Regina Perkins
          6502 North Fairhill Street
          Philadelphia, PA 19126

          William C. Miller, Esquire
          Chapter 13 Standing Trustee
          P.O. Box 1229
          Philadelphia, PA 19105