**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| John & Regina Perkins | | |
| DEBTOR | : | BKY. NO.  19-13076AMC13 |

**CERTIFICATION OF SERVICE**

I, MICHAEL A. CATALDO, hereby certify that a true and correct copy of Debtor's Order Dismissing Chapter 13 Case and Setting Deadline for Applications of Allowances of Administrative Expenses has been served upon all creditors and parties in interest on the schedules and matrix via electronic means or First-Class mail.

Dated:  November 22, 2019          _____/s/_____
MICHAEL A. CATALDO
Cibik & Cataldo, P.C.
1500 Walnut Street, Ste. 900
Philadelphia, PA  19102
(215) 735-1060