IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOHN & REGINA PERKINS,<br>Debtor(s). | Case No. 19-13076AMC13<br><br>Chapter 13 |

ORDER APPROVING APPLICATION FOR COMPENSATION

AND NOW, this _10th_ day of _December_, 201_9_, upon consideration of the Application for Compensation, it is

ORDERED that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE