United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John F. Perkins
Regina Perkins
    Debtors

Case No. 19-13076-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Dec 11, 2019
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2019.
db/jdb     +John F. Perkins,   Regina Perkins,   6502 North Fairhill Street,   Philadelphia, PA 19126-3849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2019 at the address(es) listed below:
       KEVIN G. MCDONALD    on behalf of Creditor    HomeBridge Financial Services, Inc.
        bkgroup@kmllawgroup.com
       MICHAEL A. CATALDO2    on behalf of Debtor John F. Perkins ecf@ccpclaw.com,
        igotnotices@ccpclaw.com
       MICHAEL A. CATALDO2    on behalf of Joint Debtor Regina  Perkins ecf@ccpclaw.com,
        igotnotices@ccpclaw.com
       MICHAEL A. CIBIK2    on behalf of Debtor John F. Perkins ecf@ccpclaw.com,   igotnotices@ccpclaw.com
       MICHAEL A. CIBIK2    on behalf of Joint Debtor Regina  Perkins ecf@ccpclaw.com,
        igotnotices@ccpclaw.com
       PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
        karena.blaylock@phila.gov
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOHN & REGINA PERKINS,<br>Debtor(s). | Case No. 19-13076AMC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

AND NOW, this 10th day of December, 2019, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE